# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

U.S.A. vs. Eroy Williams                                                  Docket No. 7:98-CR-61-1

## Petition for Action on Supervised Release

COMES NOW Kevin L. Connolley, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Eroy Williams, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute Cocaine Base (Crack), 21 U.S.C. §846, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on September 28, 1998, to the custody of the Bureau of Prisons for a term of 300 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

2. The defendant shall participate in such vocational training program as may be directed by the probation office.

3. The defendant shall submit a written weekly report to the probation office, if not regularly employed, of attempts to secure gainful employment.

4. The defendant shall submit to a urinalysis test within 15 days of release from imprisonment and at least 2 periodic urinalysis tests thereafter as directed by the U.S. Probation Office under 18:3608.

On December 10, 2002, pursuant to Rule 35(b), the court reduced the defendant's imprisonment sentence to 180 months. The defendant began the term of supervised release under the supervision of our counterparts in the Middle District of North Carolina on July 12, 2011.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant's U.S. Probation Officer in the Middle District of North Carolina has requested the court direct Mr. Williams to make monthly payments of $50 toward the fine and special assessment imposed by the court. We concur with this recommendation and ask the court to impose this condition by signing the order included with this petition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The $7,100 fine and special assessment shall be paid in installments at a rate of $50 per month until paid in full, with the first payment due on November 1, 2011.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kevin L. Connolley
Kevin L. Connolley
Supervising U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401
Phone: 910-679-2047
Executed On: September 27, 2011

## ORDER OF COURT

Considered and ordered this 28th day of September, 2011, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge